IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 1:15-CR-86 |
| v. | § | Cronel Hawthorn |
| | § | |
| CHRISTOPHER ROGERS | § | |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 0 1 2015

DAVID J MALAND, CLERK
BY
DEPUTY_____

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 2252A(a)(2)
(Receipt or distribution of Materials
Involving the Sexual Exploitation of
Minors)

From on or about November 8, 2014 to on or about January 28, 2015, in the Eastern District of Texas, and elsewhere, **Christopher Rogers**, defendant, did knowingly receive and distribute any child pornography, as defined in Title 18, United States Code, § 2256(8)(A), that has been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer .

In violation of 18 U.S.C. §§ 2252A(a)(2) & 2252A (b)(1).

### Count Two

Violation: 18 U.S.C. §§ 2252A(a)(5)(B)
(Possession of Child Pornography)

From on or about November 8, 2014 to on or about January 28, 2015, in the Eastern District of Texas, and elsewhere, **Christopher Rogers**, defendant, did knowingly possess and access with intent to view, material which contains image and video files of

child pornography, as defined in Title 18, United States Code, § 2256(8)(A) that involved a prepubescent minor, and which was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. §§ 2253 and 1467

Upon conviction of one or more of the offenses, alleged in Counts One & Two of this indictment, **Christopher Rogers**, defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 2253, all visual depictions and any obscene material which were produced, transported, mailed, shipped or received in violation of the law; all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offense, including but not limited to the following items previously seized from the defendant's residence:

 (a) a Samsung Tablet, Model: GTP3113TS, bearing serial number R32C6062BQW

 (b) a Hewlett Packard TouchSmart TX2 laptop, bearing serial number CNF00250L2

Moreover, if any property subject to forfeiture, as a result of any act or omission by the defendant:

Indictment – Page 2

  (a) cannot be located upon the exercise of due diligence;

  (b) has been transferred or sold to, or deposited with a third party;

  (c) has been placed beyond the jurisdiction of the court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant up to the value of the forfeitable property.

            A TRUE BILL

            _____
            GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____    Date  July 1, 2015
LESLEY A. BARTOW
Assistant United States Attorney

Indictment – Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | NO. 1:15-CR-86 |
| v. | § § | |
| CHRISTOPHER ROGERS | § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. §§ 2252A(a)(2) & 2252(b)(1)

Penalty: Imprisonment of not less than five (5) and not more than twenty (20) years, a fine not to exceed $250,000.00, or twice the pecuniary loss to the victim or gain to the defendant, or both imprisonment and a fine, and a term of supervised release of not less than five (5) years and not more than life may be imposed.

Special Assessment: $100.00

### Count Two

Violation: 18 U.S.C. §§ 2252A(a)(5)(B) and 2252(b)(2)

Penalty: Imprisonment of not more than ten (10) years, a fine not to exceed $250,000.00, or twice the pecuniary loss to the victim or gain to the defendant, or both imprisonment and a fine, and a term of supervised release of not less than five (5) years and not more than life may be imposed.

Special Assessment: $100.00